

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00356-CR

Angelica **NAVARRO-DEPAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13056
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On July 7, 2022, court reporters, Kay Gittinger and Linda Hernandez, each filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. On July 11, 2022, court reporter, Mary Beth Sasala, also filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court on or before **July 22, 2022**, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due on or before **August 11, 2022**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so **ORDERED** on July 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT